AMERICAN NEWS COMPANY, INC., Respondent, v. AVON PUBLISHING CO., INC., et al., Appellants.—

Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See 1 A D 2d 774.]

JANE PACE, Respondent, v. PETER PACE, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

In the Matter of the Probate of the Will of ELLYN H. BRUSH, Deceased. KATHERINE S. HUTCHINSON et al., Appellants; LINDA PRINGLE, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

A. STEINAM COMPANY, INC., Appellant, v. CONTINENTAL INSURANCE COMPANY, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

PRUDENTIAL WESTCHESTER CORPORATION, Respondent, v. MATILDE TOMASINO, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

JACK ROLLINS v. JANET ALTERMAN, Also Known as JANET A. KENNEDY, et al. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See ante, p. 1011.]

COUNTRY TWEEDS, INC., v. CLYDE FASHIONS, LTD.— Concur — Peck, P. J., Cohn, Breitel, Botein and Cox, JJ. [See ante, p. 491.]

In the Matter of BERNARD E. SMITH, JR., Respondent, against REPUBLIC PICTURES CORPORATION et al., Appellants, et al., Defendants.— Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ. [See ante, p. 1000.]